**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM  **ORDER** |
| THIS DOCUMENT RELATES TO: Certain Personal Injury Actions. | |

Pursuant to the parties' notice of settlement (doc. 1488), **IT IS ORDERED DISMISSING** with prejudice the below listed actions. Each party is to bear its own costs. The clerk shall enter final judgment.

| No. | Case No. | Case Name | Plaintiff Name |
|---|---|---|---|
| 1 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Adams, Marilyn J. |
| 2 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Alfonso, Richard |
| 3 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Alvarez, Juan |
| 4 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Anderson, Sharon |
| 5 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Andrews, Brad |
| 6 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Andrews, Peter |
| 7 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Argo, Brian |
| 8 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Azzurro, John |
| 9 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Baker, Julie |
| 10 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Bentley, William D. |
| 11 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Bianchi, Teresa |
| 12 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Braziel, Shabria |
| 13 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Brooks, Phyllis |

| | | | |
|---|---|---|---|
| 14 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Burke, Dennis |
| 15 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Buzzard, Hardy, III |
| 16 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Campbell, Devonia |
| 17 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Campbell, Judy |
| 18 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Carmichael, Cheryl |
| 19 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Carson, Mary Jo |
| 20 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Caruana-Owens, Charlene |
| 21 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Carvalho, Debora |
| 22 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Chodosh, Laryssa |
| 23 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Coltharp, Karla L. |
| 24 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Conner, Mike |
| 25 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Costello, Mark |
| 26 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Course, Janie |
| 27 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Dawson, Jewel |
| 28 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Ehler, Don |
| 29 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Eldridge, David |
| 30 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Felder, Nancy K. |
| 31 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Ferguson, Clint |
| 32 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Figlewicz, Edward |
| 33 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Gisbert, Maria |
| 34 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Goodan, April |
| 35 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Green, Russell Lee, Jr. |
| 36 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Hansen, Charles |
| 37 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Henry, Margorie W. |
| 38 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Hodgkinson, David |
| 39 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Holmes, Jody |
| 40 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Horne, Faye |
| 41 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Houser, Eileen |
| 42 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Hymes, Larry |
| 43 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Johnson, Bradley |
| 44 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Jones, Donald |
| 45 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Jordan, Jennifer |
| 46 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Kendrick, Ronald Wesley |
| 47 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Kennedy, Richard |
| 48 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Kim, Karen |
| 49 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Koenemann, Mark |

| | | | |
|---|---|---|---|
| 50 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Kowalczyk, Susan |
| 51 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Krenek, Susan |
| 52 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Lakawa-Staranski, Krystyna |
| 53 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Larson-Clunas, Cheri |
| 54 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Long, Annette |
| 55 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Lopez, Manuel R. |
| 56 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Luxton, Susan |
| 57 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Marquardt, Molly |
| 58 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Martin, Donna Gail |
| 59 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Matson, Richard |
| 60 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Mazzie, Vincent Frank |
| 61 | 09-cv-1529 | Adams, et al v. Matrixx, et al | McFarland, Amanda |
| 62 | 09-cv-1529 | Adams, et al v. Matrixx, et al | McKee, George |
| 63 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Medina, Raphael |
| 64 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Meiers-Puckett, Linda |
| 65 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Miller, Barbara |
| 66 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Montana, Darryl |
| 67 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Moran, Doris |
| 68 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Morrow, Larry |
| 69 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Motta, DeAnn |
| 70 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Muraco, Deborah |
| 71 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Novak, Wendy |
| 72 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Parsons, Judith |
| 73 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Pena, Matilda |
| 74 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Pena, Serena |
| 75 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Pennebaker, Terry |
| 76 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Peterson, Lynda |
| 77 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Petzold, Bernadine |
| 78 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Prost, Teresa |
| 79 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Prost, Eddie |
| 80 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Quarles, Peter |
| 81 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Rederford, Robin |
| 82 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Reeves, Carl |
| 83 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Reyes, Daniel |
| 84 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Ritchie, Catherine |
| 85 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Sanderson, John |

| 86 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Savchenko, Ed |
|---|---|---|---|
| 87 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Schaefer, Richard |
| 88 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Schnabl, Carl |
| 89 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Schrauger, Stacey |
| 90 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Seyler, Julie |
| 91 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Shaw, Bob |
| 92 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Sherman, Marsha |
| 93 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Short, James |
| 94 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Silvestro, Christopher |
| 95 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Silvestro, Linda |
| 96 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Solaski, Roy |
| 97 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Strelow, Herman |
| 98 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Takemoto, Dic |
| 99 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Takemoto, Jan |
| 100 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Tijerina, Maricruz |
| 101 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Tsutsumi, Linda |
| 102 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Tucker, Deborah |
| 103 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Watkins, Robert |
| 104 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Welsh, Dennis |
| 105 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Werblin, Jake |
| 106 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Willadsen, Ellen |
| 107 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Williams, Sharon |
| 108 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Zamora, Velma |
| 109 | 09-cv-1529 | Adams, et al v. Matrixx, et al | Zuidgeest-Craft, Dawn |
| 110 | 10-cv-0644 | Alexander v. Matrixx | Alexander, Derek L. |
| 111 | 10-cv-1387 | Alisea v. Matrixx, et al | Alisea, Irene |
| 112 | 09-cv-2309 | Alt v. Matrixx, et al | Alt, Robin Julie |
| 113 | 10-cv-2334 | Anderson v. Matrixx, et al | Anderson, Neelie |
| 114 | 10-cv-1956 | Annunziata v. Matrixx | Annunziata, Tammy |
| 115 | 10-cv-2272 | Archias v. Matrixx, et al | Archias, Kathryn J. |
| 116 | 09-cv-1944 | Arden v. Matrixx, et al | Arden, Clayton Delbert |
| 117 | 10-cv-2429 | Artrip v. Matrixx, et al | Artrip, Martin Leslie |
| 118 | 09-cv-2308 | Ayotte v. Matrixx, et al | Ayotte, Joan Elizabeth |
| 119 | 09-cv-2321 | Ballew v. Matrixx, et al | Ballew, Cherie |
| 120 | 10-cv-2427 | Barber v. Matrixx, et al | Barber, Jennifer J. |
| 121 | 10-cv-2427 | Barber v. Matrixx, et al | Barber, Marcus L. |

| | | | |
|---|---|---|---|
| 122 | 10-cv-1476 | Barton v. Matrixx, et al | Barton, Jill Marie |
| 123 | 10-cv-1958 | Beamon v. Matrixx, et al | Beamon, Kacedia Eve |
| 124 | 10-cv-1396 | Beatty v. Matrixx, et al | Beatty, Douglas C. |
| 125 | 10-cv-1605 | Bell v. Matrixx, et al | Bell, Virginia H. |
| 126 | 11-cv-0011 | Benfante v. Matrixx, et al | Benfante, Diane T. |
| 127 | 11-cv-0011 | Benfante v. Matrixx, et al | Benfante, Ralph R. |
| 128 | 10-cv-1959 | Bernholz v. Matrixx, et al | Bernholz, Dorothy C. |
| 129 | 10-cv-1701 | Bethel v. Matrixx, et al | Bethel, Carol J. |
| 130 | 10-cv-0640 | Bollone v. Matrixx, et al | Bollone, Mary |
| 131 | 10-cv-1636 | Boozman v. Matrixx, et al | Boozman, Mary Ellen |
| 132 | 10-cv-1395 | Bowers v. Matrixx, et al | Bowers, Barbara |
| 133 | 10-cv-0936 | Bozarth v. Matrixx, et al | Bozarth, Patricia Lee |
| 134 | 09-cv-2315 | Brandon v. Matrixx, et al | Brandon, Mary Ann |
| 135 | 10-cv-0169 | Bridenstine v. Matrixx, et al | Bridenstine, Quint A. |
| 136 | 10-cv-0945 | Brooks v. Matrixx, et al | Brooks, Rebecca L. |
| 137 | 10-cv-2353 | Brown v. Matrixx, et al | Brown, Delayne Catherine |
| 138 | 10-cv-2289 | Bucher v. Matrixx, et al | Bucher, Richard Scott |
| 139 | 10-cv-0690 | Buck v. Matrixx, et al | Buck, Paul C., Jr. |
| 140 | 10-cv-2333 | Burns v. Matrixx, et al | Burns, John |
| 141 | 09-cv-1679 | Butera v. Matrixx, et al | Butera, Ann E. |
| 142 | 10-cv-0667 | Campbell v. Matrixx, et al | Campbell, Allison |
| 143 | 09-cv-2305 | Capiro v. Matrixx | Capiro, Ivonne M. |
| 144 | 10-cv-2305 | Carlson v. Matrixx | Carlson, Lonnie Jerrold |
| 145 | 10-cv-0803 | Carlson v. Matrixx, et al | Carlson, Patricia Marie |
| 146 | 10-cv-1840 | Carter v. Matrixx | Carter, Catherine |
| 147 | 10-cv-0394 | Catalano v. Matrixx, et al | Catalano, Frank J., Jr. |
| 148 | 10-cv-1032 | Ceci v. Matrixx, et al | Ceci, Mackenzie L. |
| 149 | 10-cv-0691 | Chancellor v. Matrixx, et al | Chancellor, Gerald R. |
| 150 | 10-cv-0691 | Chancellor v. Matrixx, et al | Chancellor, Verna Jean |
| 151 | 10-cv-1960 | Chase v. Matrixx, et al | Chase, Tonia Marie |
| 152 | 10-cv-1606 | Childress v. Matrixx, et al | Childress, Judy |
| 153 | 10-cv-2271 | Chontos v. Matrixx, et al | Chontos, Joseph E., Jr. |
| 154 | 10-cv-0946 | Christensen v. Matrixx, et al | Christensen, Barbara Ann |
| 155 | 10-cv-1581 | Cochran v. Matrixx, et al | Cochran, Marje |
| 156 | 10-cv-1393 | Coggins v. Matrixx, et al | Coggins, Elizabeth Mary |
| 157 | 09-cv-2312 | Coleman v. Matrixx, et al | Coleman, Donald J. |

| | | | |
|---|---|---|---|
| 158 | 09-cv-2312 | Coleman v. Matrixx, et al | Coleman, Teddy |
| 159 | 10-cv-0941 | Collins v. Matrixx, et al | Collins, Debra |
| 160 | 10-cv-2083 | Collins v. Matrixx, et al | Collins, Ronald |
| 161 | 10-cv-1783 | Conti v. Matrixx, et al | Conti, Alfred |
| 162 | 10-cv-0668 | Cooper v. Matrixx, et al | Cooper, Nancy Lee |
| 163 | 11-cv-0009 | Cossette v. Matrixx, et al | Cossette, Mark |
| 164 | 11-cv-0009 | Cossette v. Matrixx, et al | Cossette, Sherry |
| 165 | 10-cv-2346 | Crawford v. Matrixx, et al | Crawford, Jessie, Jr. |
| 166 | 10-cv-1841 | Davis v. Matrixx, et al | Davis, Leatrice |
| 167 | 11-cv-0010 | Davis v. Matrixx, et al | Davis, Ruenette S. |
| 168 | 11-cv-0010 | Davis v. Matrixx, et al | Davis, Willie C. |
| 169 | 10-cv-1398 | DeRosier v. Matrixx, et al | DeRosier, Marc L. |
| 170 | 10-cv-0906 | Devay v. Matrixx, et al | Devay, Frank K. |
| 171 | 09-cv-2313 | DiGiulio v. Matrixx, et al | DiGiulio, Deanna |
| 172 | 10-cv-2306 | Driscoll v. Matrixx, et al | Driscoll, Joan M. |
| 173 | 10-cv-2531 | English v. Matrixx, et al | English, Shely |
| 174 | 10-cv-2347 | Erovick v. Matrixx, et al | Erovick, Marilyn Joyce |
| 175 | 10-cv-0689 | Everett v. Matrixx, et al | Everett, Charles |
| 176 | 10-cv-0689 | Everett v. Matrixx, et al | Everett, Wanda |
| 177 | 10-cv-0167 | Fargo v. Matrixx, et al | Fargo, Mumtaz A. |
| 178 | 09-cv-1897 | Fasano v. Matrixx, et al | Fasano, Vincent |
| 179 | 10-cv-1900 | Flom v. Matrixx, et al | Flom, Jacqueline |
| 180 | 10-cv-1842 | Floyd v. Matrixx | Floyd, Rodney |
| 181 | 10-cv-1843 | Foley v. Matrixx | Foley, Larry |
| 182 | 10-cv-1950 | Forray v. Matrixx, et al | Forray, Tom |
| 183 | 10-cv-0804 | Franks v. Matrixx, et al | Franks, Danna |
| 184 | 10-cv-2304 | Fugozzotto v. Matrixx, et al | Fugozzotto, Mary E. |
| 185 | 10-cv-2304 | Fugozzotto v. Matrixx, et al | Fugozzotto, Samuel D. |
| 186 | 10-cv-2304 | Fugozzotto v. Matrixx, et al | Marelli, Vera |
| 187 | 10-cv-2304 | Fugozzotto v. Matrixx, et al | Ulintz, Dianne M. |
| 188 | 10-cv-2304 | Fugozzotto v. Matrixx, et al | Ulintz, Keith M. |
| 189 | 10-cv-0641 | Gelo v. Matrixx, et al | Gelo, Rhonda |
| 190 | 10-cv-0380 | George v. Matrixx, et al | George, Steven Edward |
| 191 | 10-cv-0934 | Glisson v. Matrixx, et al | Glisson, Jennifer |
| 192 | 10-cv-1639 | Goble v. Matrixx, et al | Goble, Karla |
| 193 | 10-cv-1458 | Gollwitzer v. Matrixx, et al | Gollwitzer, Lawrence |

| | | | |
|---|---|---|---|
| 194 | 09-cv-2138 | Gonzalez-Jones v. Matrixx, et al | Gonzalez-Jones, Laura |
| 195 | 10-cv-0645 | Goodall v. Matrixx, et al | Goodall, Daniel |
| 196 | 10-cv-0645 | Goodall v. Matrixx, et al | Goodall, Kelly |
| 197 | 10-cv-0642 | Gosbee v. Matrixx, et al | Gosbee, Stephen Alan |
| 198 | 11-cv-0045 | Grabemeyer v. Matrixx, et al | Grabemeyer, Patty |
| 199 | 11-cv-0045 | Grabemeyer v. Matrixx, et al | Grabemeyer, Tom |
| 200 | 09-cv-2319 | Griffin v. Matrixx, et al | Griffin, Geraldine M. |
| 201 | 10-cv-1234 | Gunther v. Matrixx, et al | Gunther, Roxanne J. |
| 202 | 10-cv-2430 | Hall v. Matrixx, et al | Hall, Jane |
| 203 | 10-cv-2084 | Haller v. Matrixx, et al | Haller, Jack Russell |
| 204 | 10-cv-0626 | Halverson v. Matrixx, et al | Halverson, Susan L. |
| 205 | 10-cv-1844 | Hamilton v. Matrixx | Hamilton, Ashley |
| 206 | 10-cv-2270 | Harley v. Matrixx, et al | Harley, Ronald K. |
| 207 | 10-cv-0747 | Hartman v. Matrixx, et al | Hartman, Marilyn J. |
| 208 | 10-cv-0747 | Hartman v. Matrixx, et al | Ruf, William Eugene |
| 209 | 09-cv-2318 | Head v. Matrixx, et al | Head, Maria E. |
| 210 | 10-cv-1942 | Helm v. Matrixx, et al | Helm, Judy Lynn |
| 211 | 10-cv-0670 | Henderson v. Matrixx, et al | Henderson, Marilyn |
| 212 | 10-cv-1752 | Hernandez v. Matrixx, et al | Hernandez, Benny D. |
| 213 | 10-cv-1898 | Hill v. Matrixx, et al | Hill, Sandra L. |
| 214 | 10-cv-2572 | Hine v. Matrixx, et al | Hine, Charlene M. |
| 215 | 10-cv-1483 | Holloway v. Matrixx, et al | Holloway, Susan A. |
| 216 | 10-cv-0632 | Izrina v. Matrixx, et al | Izrina, Rachel |
| 217 | 10-cv-1845 | Jackson v. Matrixx | Jackson, Anthony |
| 218 | 10-cv-1846 | Jackson v. Matrixx | Jackson, Ruth |
| 219 | 10-cv-0643 | Jardine v. Matrixx, et al | Jardine, Sara |
| 220 | 10-cv-1271 | Johnson v. Matrixx, et al | Johnson, Raymond |
| 221 | 10-cv-2698 | Johnson v. Matrixx, et al | Johnson, Robert |
| 222 | 10-cv-0693 | Kersanty v. Matrixx, et al | Kersanty, Paul |
| 223 | 09-cv- 2317 | King v. Matrixx, et al | King, Sherrin Dawn |
| 224 | 10-cv-1382 | Kirsch v. Matrixx, et al | Kirsch, Charnay A. |
| 225 | 10-cv-0748 | Klobucher v. Matrixx, et al | Klobucher, Wade A. |
| 226 | 10-cv-0939 | Kuzak v. Matrixx | Kuzak, Beverly L. |
| 227 | 10-cv-0939 | Kuzak v. Matrixx | Kuzak, James E. |
| 228 | 10-cv-0165 | Kwiatkowski v. Matrixx, et al | Kwiatkowski, Mark |
| 229 | 10-cv-0947 | Lange v. Matrixx, et al | Lange, Phyllis |

| | | | |
|---|---|---|---|
| 230 | 09-cv-1922 | Lawson v. Matrixx, et al | Lawson, William P. |
| 231 | 10-cv-1457 | Leibach v. Matrixx, et al | Leibach, John R. |
| 232 | 10-cv-0390 | Lewis v. Matrixx, et al | Lewis, Barry |
| 233 | 10-cv-0390 | Lewis v. Matrixx, et al | Lewis, Peggy |
| 234 | 09-cv-2302 | Lilak v. Matrixx, et al | Lilak, Safdar |
| 235 | 10-cv-1847 | Lipscomb v. Matrixx | Lipscomb, Deborah |
| 236 | 10-cv-2303 | Lock v. Matrixx, et al | Lock, Patricia |
| 237 | 09-cv-2560 | Luten v. Matrixx, et al | Luten, Debra |
| 238 | 10-cv-1400 | Lyons v. Matrixx, et al | Lyons, David Ray |
| 239 | 10-cv-1400 | Lyons v. Matrixx, et al | Lyons, Marian Debra |
| 240 | 10-cv-1839 | MacDonald v. Matrixx, et al | MacDonald, Cherie |
| 241 | 10-cv-0739 | Magers v. Matrixx, et al | Magers, Rosanne Kirsten |
| 242 | 09-cv-1992 | Mah v. Matrixx, et al | Mah, Margaret |
| 243 | 10-cv-2697 | Manning v. Matrixx, et al | Manning, Barbara |
| 244 | 09-cv-2241 | Marion v. Matrixx, et al | Marion, Debra |
| 245 | 10-cv-1390 | Martinez v. Matrixx, et al | Martinez, Margarita |
| 246 | 10-cv-1390 | Martinez v. Matrixx, et al | Martinez, Miguel |
| 247 | 10-cv-2529 | Mast v. Matrixx, et al | Mast, Sarah |
| 248 | 10-cv-2103 | McAllister v. Matrixx, et al | McAllister, Beverly J. |
| 249 | 09-cv-2235 | McCluskey, John | McCluskey, John |
| 250 | 10-cv-0385 | McDaniel v. Matrixx, et al | McDaniel, Darlene |
| 251 | 10-cv-0971 | McRae v. Matrixx, et al | McRae, Sammie |
| 252 | 10-cv-2086 | Meza v. Matrixx, et al | Meza, Lisa |
| 253 | 10-cv-0749 | Miller v. Matrixx, et al | Miller, Jeffrey B. |
| 254 | 10-cv-0749 | Miller v. Matrixx, et al | Miller, Susan |
| 255 | 10-cv-0948 | Moore v. Matrixx, et al | Moore, Audrey |
| 256 | 10-cv-1848 | Moore v. Matrixx | Moore, Beverly |
| 257 | 10-cv-0669 | Moore v. Matrixx | Moore, Mary Jo |
| 258 | 10-cv-2753 | Morales v. Matrixx, et al | Morales, David, Jr. |
| 259 | 10-cv-1638 | Morgan v. Matrixx, et al | Morgan, Sheila |
| 260 | 10-cv-1484 | Murter v. Matrixx, et al | Murter, Joseph F. |
| 261 | 10-cv-0162 | Neilson v. Matrixx, et al | Neilson, Andrew R. |
| 262 | 10-cv-2557 | Neuffer v. Matrixx, et al | Neuffer, James |
| 263 | 09-cv-2314 | Newman v. Matrixx, et al | Newman, Becky |
| 264 | 09-cv-2314 | Newman v. Matrixx, et al | Newman, Charles L. |
| 265 | 10-cv-0805 | Nicholas v. Matrixx, et al | Cranz, Nicole |

| | | | |
|---|---|---|---|
| 266 | 10-cv-0805 | Nicholas v. Matrixx, et al | Nicholas, Robert B. |
| 267 | 10-cv-0377 | Nunez-Maldonado v. Matrixx, et al | Nuñez-Maldonado, Edwin |
| 268 | 10-cv-1702 | Nunley v. Matrixx, et al | Nunley, Janee M. |
| 269 | 10-cv-1703 | Nunley v. Matrixx, et al | Nunley, Juliette M. |
| 270 | 09-cv-2406 | Nuss v. Matrixx, et al | Nuss, Doris A. |
| 271 | 10-cv-0914 | Olsen v. Matrixx, et al | Olsen, Phil |
| 272 | 10-cv-0376 | Pages-Rangel v. Matrixx, et al | Pages-Rangel, Fernando L. |
| 273 | 10-cv-1389 | Palumbo v. Matrixx, et al | Palumbo, Angela |
| 274 | 10-cv-1389 | Palumbo v. Matrixx, et al | Palumbo, Ronald |
| 275 | 10-cv-0949 | Panish v. Matrixx, et al | Panish, Cynthia |
| 276 | 10-cv-0806 | Phillips v. Matrixx, et al | Phillips, Nichelle |
| 277 | 10-cv-1849 | Pilkenton v. Matrixx | Pilkenton, Lisa |
| 278 | 10-cv-1485 | Ponthieux v. Matrixx, et al | Ponthieux, Sharon K. |
| 279 | 10-cv-0127 | Poole v. Matrixx, et al | Poole, Karen |
| 280 | 10-cv-0694 | Pope v. Matrixx, et al | Pope, Debora |
| 281 | 11-cv-0326 | Pumphrey v. Matrixx, et al | Pumphrey, Cynthia Anne |
| 282 | 10-cv-1174 | Quinones-Rodriguez v. Matrixx, et al | Diaz-Lugo, Brunilda |
| 283 | 10-cv-1174 | Quinones-Rodriguez v. Matrixx, et al | Quinones-Rodriguez, L. |
| 284 | 10-cv-0750 | Raker v. Matrixx, et al | Broyles, Arlene |
| 285 | 10-cv-0750 | Raker v. Matrixx, et al | Noppert, Patricia A. |
| 286 | 10-cv-0750 | Raker v. Matrixx, et al | Raker, Judith M. |
| 287 | 10-cv-0750 | Raker v. Matrixx, et al | Sinvany, Yizhar |
| 288 | 10-cv-2577 | Redden v. Matrixx, et al | Redden, Joyce |
| 289 | 10-cv-0171 | Reich v. Matrixx, et al | Reich, William J. |
| 290 | 10-cv-1850 | Rentch v. Matrixx | Rentch, Brenda |
| 291 | 10-cv-1750 | Reynolds v. Matixx, et al | Reynolds, Catherine |
| 292 | 09-cv-2304 | Rhodes v. Matrixx, et al | Holtzman, David |
| 293 | 09-cv-2304 | Rhodes v. Matrixx, et al | Rhodes, Katherine Jane |
| 294 | 10-cv-1957 | Richardson v. Matrixx, et al | Richardson, David K. |
| 295 | 10-cv-1899 | Richmond v. Matrixx, et al | Richmond, Jessica M. |
| 296 | 10-cv-1399 | Rochelle v. Matrixx, et al | Rochelle, Charles |
| 297 | 10-cv-0384 | Rosenburg v. Matrixx, et al | Rosenburg, Janette |
| 298 | 10-cv-0728 | Rostad v. Matrixx, et al | Rostad, Sharon |
| 299 | 10-cv-0935 | Rule v. Matrixx, et al | Rule, Liza D. |
| 300 | 10-cv-2533 | Ruska v. Matrixx, et al | Ruska, Harold |
| 301 | 10-cv-1876 | Ryan v. Matrixx, et al | Ryan, Clara |

| | | | |
|---|---|---|---|
| 302 | 10-cv-1704 | Saunders v. Matrixx, et al | Saunders, Leslie M. |
| 303 | 10-cv-1851 | Saur v. Matrixx | Saur, Margaret |
| 304 | 10-cv-1614 | Schaffer v. Matrixx, et al | Schaffer, Cindy |
| 305 | 10-cv-1614 | Schaffer v. Matrixx, et al | Schaffer, Frederick |
| 306 | 10-cv-2291 | Schmidtman v. Matrixx, et al | Schmidtman, Carrie |
| 307 | 10-cv-2291 | Schmidtman v. Matrixx, et al | Schmidtman, David B. |
| 308 | 10-cv-1388 | Schwartz v. Matrixx, et al | Schwartz, Jo Ellen |
| 309 | 10-cv-2571 | Sears v. Matrixx, et al | Sears, Richard |
| 310 | 10-cv-0942 | Shapiro v. Matrixx, et al | Shapiro, Arlene |
| 311 | 10-cv-0942 | Shapiro v. Matrixx, et al | Shapiro, Mark |
| 312 | 09-cv-2194 | Shartle v. Matrixx, et al | Shartle, Somjit |
| 313 | 10-cv-1852 | Short v. Matrixx | Short, Jodi |
| 314 | 10-cv-1033 | Smith v. Matrixx, et al | Smith, Raymond Carter |
| 315 | 09-cv-2070 | Smith v. Matrixx, et al | Smith, Timothy Eugene |
| 316 | 09-cv-2564 | Smith v. Matrixx, et al | Smith, Timothy G. |
| 317 | 11-cv-0040 | Sokol, Teresa | Sokol, Teresa |
| 318 | 11-cv-0255 | Speziale v. Matrixx, et al | Speziale, Angelo |
| 319 | 11-cv-0255 | Speziale v. Matrixx, et al | Speziale, Esther |
| 320 | 10-cv-1628 | Spradley v. Matrixx | Spradley, Diane |
| 321 | 10-cv-0692 | Stanley v. Matrixx, et al | Stanley, Eugene Thomas |
| 322 | 11-cv-0012 | Stevenson v. Matrixx, et al | Stevenson, Brent |
| 323 | 10-cv-1640 | Stokes v. Matrixx, et al | Stokes, Sondra |
| 324 | 10-cv-2506 | Stone v. Matrixx | Stone, Gayle |
| 325 | 10-cv-2506 | Stone v. Matrixx | Stone, Jon I. |
| 326 | 10-cv-2269 | Strickland v. Matrixx, et al | Strickland, Allison |
| 327 | 10-cv-1686 | Surette, Russell | Surette, Russell |
| 328 | 10-cv-2085 | Swenson v. Matrixx, et al | Swenson, Jerri I. |
| 329 | 10-cv-1268 | Swindell v. Matrixx, et al | Swindell, Joy |
| 330 | 09-cv-2136 | Tassi v. Matrixx, et al | Tassi, John |
| 331 | 10-cv-1607 | Terhune v. Matrixx, et al | Terhune, Grace |
| 332 | 10-cv-2530 | Tetrick v. Matrixx, et al | Tetrick, Sandra |
| 334 | 10-cv-1267 | Tio v. Matrixx, et al | Tio, Richard |
| 335 | 10-cv-2302 | Tompkins v. Matrixx, et al | Tompkins, Sherry |
| 336 | 10-cv-0688 | Touhey v. Matrixx, et al | Touhey, John E. |
| 337 | 09-cv-1770 | Treadwell v. Matrixx, et al | Treadwell, Tami |
| 338 | 09-cv-2174 | Vaughan v. Matrixx, et al | Vaughan, Judi |

| 339 | 10-cv-1270 | Vincent v. Matrixx, et al | Vincent, Marie |
|---|---|---|---|
| 340 | 10-cv-1394 | Wadkins v. Matrixx, et al | Wadkins, Jan |
| 341 | 10-cv-1688 | Warrington v. Matrixx, et al | Tobler, Dianna |
| 342 | 10-cv-1688 | Warrington v. Matrixx, et al | Warrington, John |
| 343 | 11-cv-0388 | Waters v. Matrixx, et al | Waters, Frances A. |
| 344 | 11-cv-0008 | Weber v. Matrixx, et al | Weber, Sue |
| 345 | 10-cv-2321 | Weiss v. Matrixx, et al | Weiss, Anthony |
| 346 | 10-cv-0730 | Wetteman v. Matrixx, et al | Wetteman, Mary Ellen |
| 347 | 10-cv-0166 | Wilcox v. Matrixx, et al | Wilcox, Tamela |
| 348 | 10-cv-1486 | Willhite v. Matrixx, et al | Willhite, Jeorge Anthony |
| 349 | 10-cv-1736 | Williams v. Matrixx, et al | Williams, Linda A. |
| 350 | 10-cv-0944 | Wineburg v. Matrixx, et al | Wineburg, Zachary |
| 351 | 10-cv-0170 | Woods v. Matrixx, et al | Woods, Daniel |
| 352 | 10-cv-0170 | Woods v. Matrixx, et al | Woods, Marianne |
| 353 | 09-cv-2561 | Wright v. Matrixx | Wright, Isabelle |
| 354 | 09-cv-2320 | Wright v. Matrixx, et al | Wright, Marian |
| 355 | 09-cv-2563 | Wyatt v. Matrixx, et al | Wyatt, Mary Lou |
| 356 | 09-cv-2307 | Yamasaki v. Matrixx, et al | Yamasaki, Josephine |
| 357 | 09-cv-2307 | Yamasaki v. Matrixx, et al | Yamasaki, Marvin |
| 358 | 10-cv-2109 | Yeager v. Matrixx, et al | Yeager, Lisa C. |

DATED this 8th day of July, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge